Civil Action No.    09-cv-5630

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Defendant, Andy Warhol Foundation for the Visual Arts, Inc.
was received by me on *(date)*   January 25, 2010    .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:   Served Defendant, Andy Warhol Foundation for the Visual Arts, Inc., with a copy of the Amended Complaint and Summons in c/o attorney, Robert C. Heim, Esquire, via regular mail, at Dechert, LLP, Cira Centre, 2929 Arch Street, Phila., PA  19104-280

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   1/26/10

*Server's signature*
ANTHONY J. SCIOLLA, JR., ESQUIRE
Attorney for Plaintiff

*Printed name and title*

801 Old York Road, Suite 219
*Server's address*
Jenkintown, PA 19046

Additional information regarding attempted service, etc: