Civil Action No. 09-cv-5630

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Defendant, Image Entertainment, Inc.</u>
was received by me on *(date)* <u>January 25, 2010</u>.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: <u>Served Defendant, Image Entertainment, Inc., with a copy of the Summons and Amended Complaint in c/o attorney, Aaron M. Zeisler, Esquire via regular mail, at Satterle, Stephens, Burke & Burke, LLP, 230 Park Avenue, New York, NY 10169</u>

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/26/10

*Server's signature*

ANTHONY J. SCIOLLA, JR., ESQUIRE
*Printed name and title*
Attorney for Plaintiff

801 Old York Road, Suite 219
Jenkintown, PA 19046
*Server's address*

Additional information regarding attempted service, etc: