IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT TOELK a/k/a SCOTT DIDONATO, RICHARD TOELK, and VERONICA TOELK-GARBARINO,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL MORRISSEY, ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., IMAGE ENTERTAINMENT, INC., and SCORE-SARX CO.,<br><br>Defendants. | CIVIL ACTION NO.<br>2:09-CV-05630-JD<br><br>FILED<br>JAN 2 9 2010<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

## ORDER

AND NOW, this 29th day of January, 2010, it is hereby ORDERED that, pursuant to the terms of the January 27, 2010 Stipulation between Plaintiffs and Defendant Andy Warhol Foundation for the Visual Arts, Inc., the time within which the Foundation may answer, move or otherwise respond with respect to Plaintiffs' Amended Complaint is EXTENDED to February 8, 2010.

BY THE COURT:

_____
JAN E. DUBOIS, J.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT TOELK a/k/a SCOTT DIDONATO, RICHARD TOELK, and VERONICA TOELK-GARBARINO, | : : : : |
| Plaintiffs, | : CIVIL ACTION NO. : 2:09-CV-05630-JD |
| v. | : |
| PAUL MORRISSEY, ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., IMAGE ENTERTAINMENT, INC., and SCORE-SARX CO., | : : : : : |
| Defendants. | : |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiffs and Defendant Andy Warhol Foundation for the Visual Arts, Inc. (the "Foundation"), that the time within which the Foundation may answer, move or otherwise respond with respect to Plaintiffs' Amended Complaint in this action is extended through and including February 8, 2010, and that by this stipulation the Foundation does not waive the right to assert any defense or claim that may exist with respect to the Amended Complaint;

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts, or by facsimile or electronically, each of which, when executed and delivered, are an original, and all taken together, constitute one stipulation.

Dated: January 27, 2010

| ANTHONY J. SCIOLLA, JR. | DECHERT LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Anthony J. Sciolla, Jr. | Robert C Heim |
| Noble Plaza, Suite 219 | Tara L. Cooney |
| 801 Old York Road | Cira Centre, 2929 Arch Street |
| Jenkintown, PA 19046 | Philadelphia, PA 19104 |
| Tel: (215) 673-9222 | Tel: (215) 994-4000 |
| Fax: (215) 885-7155 | Fax: (215) 994-2222 |

*Attorney for Plaintiffs*  *Attorney for Defendant Andy Warhol Foundation for the Visual Arts, Inc.*