IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT TOELK a/k/a SCOTT DIDONATO, RICHARD TOELK, and VERONICA TOELK-GARBARINO,<br><br>             Plaintiffs,<br><br>v.<br><br>PAUL MORRISSEY, ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., IMAGE ENTERTAINMENT, INC., and SCORE-SARX CO.,<br><br>             Defendants. | CIVIL ACTION NO.<br>2:09-CV-05630-JD |

## **PRAECIPE FOR ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance as an attorney of record on behalf of Defendant Andy Warhol Foundation for the Visual Arts, Inc. in the above-captioned matter.

                                          Respectfully submitted,

                                          */s/ Tara L. Cooney*
                                          Tara L. Cooney (Pa. ID No. 201822)
                                          DECHERT LLP
                                          Cira Centre
                                          2929 Arch Street
                                          Philadelphia, PA 19104-2808
                                          Telephone:   (215) 994-4000
                                          Facsimile:    (215) 994-2222
                                          Email:         tara.cooney@dechert.com

                                          *Attorney for Defendant Andy Warhol*
                                          *Foundation for the Visual Arts, Inc.*

# CERTIFICATE OF SERVICE

I, Tara L. Cooney, hereby certify that the foregoing Praecipe for Entry of Appearance was filed electronically on February 2, 2010 using the Court's ECF system, is available for viewing and downloading from the ECF system, and was served electronically via the ECF system on the following counsel of record:

>Anthony J. Sciolla, Jr.
>801 Old York Road
>Noble Plaza, Suite 219
>Jenkintown, PA 19046
>ajsciollajr@msn.com

*/s/ Tara L. Cooney*