IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT TOELK a/k/a SCOTT DIDONATO, RICHARD TOELK, and VERONICA TOELK-GARBARINO,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL MORRISSEY, ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., IMAGE ENTERTAINMENT, INC., and SCORE-SARX CO.,<br><br>Defendants. | CIVIL ACTION NO.<br>2:09-CV-05630-JD |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance as an attorney of record on behalf of Defendant Andy Warhol Foundation for the Visual Arts, Inc. in the above-captioned matter.

Respectfully submitted,

*/s/ Albert Suh*
Albert Suh (Pa. ID No. 203400)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222
Email: albert.suh@dechert.com

*Attorney for Defendant Andy Warhol Foundation for the Visual Arts, Inc.*

## CERTIFICATE OF SERVICE

I, Albert Suh, hereby certify that the foregoing Praecipe for Entry of Appearance was filed electronically on February 2, 2010 using the Court's ECF system, is available for viewing and downloading from the ECF system, and was served electronically via the ECF system on the following counsel of record:

        Anthony J. Sciolla, Jr.
        801 Old York Road
        Noble Plaza, Suite 219
        Jenkintown, PA 19046
        ajsciollajr@msn.com

*/s/ Albert Suh*