IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT TOELK, a/k/a SCOTT DIDONATO, RICHARD TOELK, and VERONICA TOELK-GARBARINO, Plaintiffs, | : CIVIL ACTION<br>:<br>: NO. 2:09-CV-05630-JD |
| v. | |
| PAUL MORRISSEY, ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., IMAGE ENTERTAINMENT, INC., and SCORE-SARX COMPANY, Defendants. | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Matthew J. Borger on behalf of the defendants Paul Morrissey and Image Entertainment, Inc. in the above-captioned matter.

Dated: February 8, 2010

KLEHR HARRISON HARVEY
BRANZBURG LLP

By: _____
Matthew J. Borger, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
(215) 569-4159
Attorneys For Defendants
Paul Morrissey and Image
Entertainment, Inc.

## CERTIFICATE OF SERVICE

I, Matthew J. Borger hereby certify that the foregoing Entry of Appearance has been filed electronically and is available for viewing and downloading from the Court's ECF system. I further certify that on this date I served the foregoing Entry of Appearance upon counsel listed below via first class mail as follows:

Anthony J. Sciolla, Jr., Esquire
801 Old York Road
Noble Plaza, Suite 219
Jenkintown, PA 19046
Attorney for Plaintiffs

Robert C. Heim, Esquire
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Attorneys for Defendant Andy Warhol
Foundation for the Visual Arts, Inc.

February 8, 2010

Matthew J. Borger