# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT TOELK, et. al., | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| v. | : | |
| PAUL MORRISSEY, et al., | : | |
|     Defendants. | : | NO. 2:09-CV-05630-JD |

## ORDER

AND NOW, this _____ Day of February _____, 2010, it is hereby

ORDERED that the application of __AARON M. ZEISLER__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
                                                          J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:09-CV-05630-JD

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __AARON M. ZEISLER__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | 10/24/2000 | 3900131 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| S.D.N.Y. | 10/24/2000 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| E.D.N.Y. | 10/24/2000 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 2d Cir. | 12/13/2005 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*    Paul Morrissey; Image Entertainment Inc.

__(signature)__
(Applicant's Signature)

02/04/2010
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Satterlee Stephens Burke & Burke LLP

230 Park AVenue, New York, NY 10169

Tel: (212) 818-9200

Sworn and subscribed before me this

5th Day of Feb, 2010

__(signature)__
Notary Public

MICHELLE MASINO
Notary Public, State of New York
No. 01MA4780501
Qualified in Kings County
Commission Expires 7/31/13

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of AARON M. ZEISLER to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Matthew J. Borger | [signature] | May 2001 | 84282 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

KLEHR | HARRISON | HARVEY | BRANZBURG LLP

1835 Market Street, Suite 1400 | Philadelphia, PA 19103

Tel: (215) 569-4159

Sworn and subscribed before me this

___ Day of _____, 200__

_____
Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT TOELK, et. al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| PAUL MORRISSEY, et al., | : | |
| Defendants. | : | NO. 2:09-CV-05630-JD |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____AARON M. ZEISLER_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

| | |
|---|---|
| A.J. Sciolla, Jr., Esq. | Robert. C. Heim, Esq., Dechert LLP |
| 801 Old York Road Suite 219 | Cira Centre, 2929 Arch Street |
| Jenkintown, PA 19046 | Philadelphia, PA 19104-2808 |

_____
Signature of Attorney

Matthew J. Borger, Esq.
Name of Attorney

Paul Morrissey; Image Entertainment Inc.
Name of Moving Party

2/8/2010
Date