# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT TOELK a/k/a SCOTT DIDONATO, RICHARD TOELK, VERONICA TOELK-GARBARINO,<br><br>　　　　　　Plaintiffs,<br><br>　-against-<br><br>PAUL MORRISSEY, ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., IMAGE ENTERTAINMENT, INC., SCORE-SARX COMPANY,<br><br>　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 2:09-CV-05630-JD |

## DECLARATION OF AARON M. ZEISLER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

AARON M. ZEISLER, hereby declares under penalty of perjury:

　　　1.　　I am a member of Satterlee Stephens Burke & Burke LLP, attorneys for defendants Paul Morrissey ("Morrissey") and Image Entertainment, Inc. ("Image") (collectively, the "Defendants"), as such, I have knowledge of, and am fully familiar with, the facts, proceedings, and documents stated below. I submit this declaration in support of Defendants' motion to dismiss the Amended Complaint pursuant to Rules 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure.

　　　2.　　According to the records of the Social Security Administration, plaintiff Richard Toelk passed away in July, 1990. Attached hereto as Exhibit A is a true and correct copy of Mr. Toelk's date of death as listed on the SSA's death record index.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed: February 8, 2010

_____
Aaron M. Zeisler

2

793875_3

Exhibit A

SSA DEATH RECORD

**REDACTED**

| | |
|---|---|
| **Information Current Through:** | 01-15-2010 |
| **Database Last Updated:** | 01-19-2010 |
| **Updated Frequency:** | WEEKLY |
| **Current Date:** | 01/21/2010 |
| **Source:** | Social Security Administration Death Index |

| | |
|---|---|
| **Name:** | RICHARD C TOELK |
| **SSN:** | |
| **State Where SSN Issued:** | NEW YORK |
| **Date of Birth:** | |
| **Date of Death:** | 07/21/1990 |
| **Age at Death:** | 40 |

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.