# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT TOELK a/k/a SCOTT DIDONATO, RICHARD TOELK, VERONICA TOELK-GARBARINO, <br><br> Plaintiffs, <br><br> -against- <br><br> PAUL MORRISSEY, ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., IMAGE ENTERTAINMENT, INC., SCORE-SARX COMPANY, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 2:09-CV-05630-JD |

## CORPORATE DISCLOSURE STATEMENT OF IMAGE ENTERTAINMENT, INC. PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel hereby certifies that corporate defendant Image Entertainment, Inc. has no parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: March 18, 2010

Respectfully submitted,

/s/ Aaron M. Zeisler
Aaron M. Zeisler, Esq. (*pro hac vice* pending)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, 11th Floor
New York, NY 10169-0079
Tel: (212) 818-9200
Email: azeisler@ssbb.com

/s/ Matthew J. Borger
Matthew J. Borger, Esq.
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 Market Street, Suite 1400

798286_1

Philadelphia, PA 19103
Tel: (215) 568-6060
Email: mborger@klehr.com

*Attorneys for the Defendants Paul Morrissey
and Image Entertainment, Inc.*

# CERTIFICATE OF SERVICE

I, Matthew J. Borger, hereby certify that, on March 18, 2010, the foregoing Corporate Disclosure Statement was filed electronically and is available for viewing and downloading from the Court's ECF system. I further certify that on this date I served the foregoing upon counsel listed below via email and first class mail as follows:

| | |
|---|---|
| Anthony J. Sciolla, Jr. | Robert C. Heim |
| Law Offices | Tara L. Cooney |
| Noble Plaza, Suite 219 | DECHERT LLP |
| 801 Old York Road | Cira Centre, 2929 Arch Street |
| Jenkintown, PA 19046 | Philadelphia, PA 19104 |
| Tel: (215) 673-9222 | Tel: (215) 994-4000 |

                                                    /s/ Matthew J. Borger\
                                                    Matthew J. Borger, Esquire