# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT TOELK a/k/a | : |
| SCOTT DIDONATO | : |
| and | : |
| RICHARD TOELK | : CIVIL ACTION NO. .: **09-5630** |
| and | : |
| VERONICA TOELK-GARBARINO | : |
| | : |
| v. | : |
| | : |
| PAUL MORRISSEY | : |
| and | : |
| ANDY WARHOL FOUNDATION FOR | : |
| THE VISUAL ARTS, INC. | : |
| and | : |
| IMAGE ENTERTAINMENT, INC. | : |
| and | : |
| SCORE-SARX COMPANY | : |

## ORDER FOR VOLUNTARY DISMISSAL

A hearing having been held on _____, 2010 on Plaintiffs' Motion for Order for Voluntary Dismissal of this action and, appearing to the Court that dismissal of this action is appropriate, under Federal Rules of Civil Procedure 41(a)(ii), it is hereby ORDERED that Plaintiffs' Motion for an Order for Voluntary Dismissal of this action is GRANTED and that this action shall be dismissed without prejudice.

BY THE COURT:

Date: _____ _____
J.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT TOELK a/k/a :
SCOTT DIDONATO :
    and :
RICHARD TOELK : CIVIL ACTION NO. .: **09-5630**
    and :
VERONICA TOELK-GARBARINO :
 :
v. :
 :
PAUL MORRISSEY :
    and :
ANDY WARHOL FOUNDATION FOR :
THE VISUAL ARTS, INC. :
    and :
IMAGE ENTERTAINMENT, INC. :
    and :
SCORE-SARX COMPANY :

## MOTION FOR VOLUNTARY DISMISSAL

TO:   Robert C. Heim, Esquire              Matthew J. Borger, Esquire
        Dechert, LLP                          Klehr, Harrison, Harvey & Branzburg, LLP
        Cirra Centre                          1835 Market Street
        2929 Arch Street                   Philadelphia, PA 19103
        Philadelphia, PA 19104-2808

        Aaron M. Zeisler, Esquire
        Satterlee, Stephens, Burke & Burke, LLP
        230 Park Avenue
        New York, NY 10169

        Score-Sarx Company
        20525 Nordhoff Street, Suite 200
        Chatsworth, CA 91311-6104

    Please take notice that on _____, 2010 or soon thereafter as counsel can be heard, Plaintiff will move the Court in Courtroom _____ before Judge DuBois for an Order for voluntary dismissal of this action without prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(ii). This Motion is made on the grounds that counsel for the Plaintiff has recently been advised that the Plaintiffs have obtained the death certificate for the late Richard Toelk and, as such, are planning on opening his Estate in order to properly pursue a claim on behalf of the Estate of Richard Toelk.

2. No counterclaim has been filed against the Plaintiffs and, therefore, dismissal is appropriate under Federal Rules of Civil Procedure 41(a)(ii).

3. Dismissal of this action will not prejudice any party since they have sought their own Motions to Dismiss under 12(b)(iii) and 12(b)(vi).

ANTHONY J. SCIOLLA, JR.
Attorney for Plaintiff
Attorney I.D. No.: 25365

801 Old York Road
Noble Plaza, Suite 219
Jenkintown, PA 19046
(215) 673-9222

C:\Data\AJSciolla\TOELK-DIDONATO\ANDY WARHOL 6479.003\MOTION FOR VOLUNTARY DISMISSAL.doc